```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01577
   PATRICE CHANTALE VINSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-0709


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/30/2007 and was not confirmed.

     The case was dismissed without confirmation 08/02/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE         .00             .00            .00
NUVELL CREDIT CORPORATIO   SECURED VEHIC    21432.00             .00        3089.58
AT&T                       UNSECURED         1466.42             .00            .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED             .00            .00
SPRINT PCS                 UNSECURED       NOT FILED             .00            .00
COMCAST                    UNSECURED       NOT FILED             .00            .00
PREMIER BANKCARD           UNSECURED          391.06             .00            .00
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED             .00            .00
FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          574.62             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          554.87             .00            .00
LOYOLA UNIVERSITY HEALTH   UNSECURED       NOT FILED             .00            .00
COUNTRY CLUB HILLS         UNSECURED         1750.00             .00            .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED             .00            .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED             .00            .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED             .00            .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED             .00            .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED             .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED         7057.30             .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED             .00            .00
NUVELL CREDIT CORPORATIO   UNSECURED         1299.00             .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED          857.83             .00            .00
LVNV FUNDING LLC           UNSECURED         1212.59             .00            .00
ILLINOIS DEPT OF REV       PRIORITY           223.00             .00            .00
DOLLIE I WARREN REED       DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                           212.43
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 3,302.01


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01577 PATRICE CHANTALE VINSON
```

```
PRIORITY                                                            .00
SECURED                                                        3,089.58
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             212.43
DEBTOR REFUND                                                       .00
                                         ---------------   ---------------
TOTALS                                          3,302.01          3,302.01
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/05/07                /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE